IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ZACHARY PEARCE, | § | |
| | § | |
| Defendant Below, | § | No. 49, 2026 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| WILMINGTON SAVINGS FUND | § | C.A. No. N22L-05-068 |
| SOCIETY, F.S.B., | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 7, 2026
Decided: April 13, 2026

## <u>ORDER</u>

On February 17, 2026, the Court denied the appellant's motion to proceed *in forma pauperis*, and the Senior Court Clerk sent the appellant a letter directing him to pay the filing fee by March 3, 2026, or a notice to show cause would issue. On March 9, 2026, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why the Court should not dismiss the appeal for his failure to pay the filing fee. That notice was later returned as unclaimed. On March 25, 2026, the Chief Deputy Clerk reissued the notice to show cause by first-class mail. The appellant having failed to pay the fee, provide an updated address, or respond to the notice to show cause within the ten-day period as provided in Supreme Court Rule 29(b), dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice